# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN DAWSON, | CASE NO. 1:10-cv-00188-LJO-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| v. | |
| SCHWARTZENEGGER, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Kenneth Dean Dawson ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 5, 2010. On March 8, 2010, Plaintiff filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff became subject to section 1915(g) on April 24, 2009, and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of the qualifying cases: 2:01-cv-0149-FCD-GGH PC, Dawson v. Terhune, et al., (E.D. Cal.) (dismissed 01/09/2003 for failure to state a claim upon which relief may be granted); 2:04-cv-01793-GEB-PAN PC, Dawson v. US Government, (E. D. Cal.) (dismissed 01/12/2006 for failure to state a claim upon which relief may be granted); 2:08-cv-02754-FCD-GGH PC, Dawson v. Obama, et al., (E.D. Cal.) (dismissed 04/24/2009 for failure to state a claim upon which relief may be granted); and 1:09-cv-01034-SMS PC, Dawson v. Swarzenegger, et al., (E. D. Cal.) (dismissed 12/22/2009 for failure to state a claim upon which relief may be

1    The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the
2 imminent danger exception.[2] Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007).  Because
3 Plaintiff is not under imminent danger of serious physical injury, he is ineligible to proceed in forma
4 pauperis in this action, and is precluded from proceeding on his complaint absent the submission of
5 the filing fee in full.
6    Based on the foregoing, it is HEREBY ORDERED that this action is dismissed, without
7 prejudice to re-filing if accompanied by the $350.00 filing fee.
8    IT IS SO ORDERED.
9 **Dated:     March 11, 2010**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

---

granted).

[2] The Court expresses no opinion on the merits of Plaintiff's claims.